**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2477

AHMAD FALGOU,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A72-165-765)

Submitted: April 21, 2004                    Decided: May 7, 2004

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ahmad Falgou, Petitioner Pro Se. Allen Warren Hausman, Michele Yvette Francis Sarko, Emily Anne Radford, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahmad Falgou, a native and citizen of Iran, seeks review of a final order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's (IJ) determination that he is removable, declining to grant him another continuance, and finding that he has effectively abandoned his asylum claim by failing to complete the application. Upon our review, we conclude that the administrative record supports the IJ's finding that Falgou is removable. See 8 U.S.C. § 1252(b)(4)(B) (2000). In addition, we find no abuse of discretion in the IJ's decision to decline to further continue Falgou's case. See Onyeme v. INS, 146 F.3d 227, 231 (4th Cir. 1998).

Accordingly, we deny the petition for review. We further deny as moot Falgou's motions for release and for clarification regarding his missing/lost properties, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED